UNITED STATES of America, Plaintiff–Appellee,

v.

Alonzia Marques CONTRELL PHILLIPS, Defendant–Appellant.

No. 10–15492

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 14, 2011.

Vincent Chiu, Peggy Morris Ronca, Assistant U.S. Attorney, U.S. Attorney's Of-

---

1. This includes amounts paid to insurance companies on behalf of the consumer.

fice, Orlando, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Stephen J. Langs, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Alonzia Marques Contrell Phillips, Coleman, FL, pro se.

Before TJOFLAT, EDMONDSON and BLACK, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Alonzia Contrell Phillips in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Phillips's convictions and sentences are **AFFIRMED**.